# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Vanessa Popp

                                   Plaintiff,

v.                                                      Case No.: 1:16−cv−04331

                                                               Honorable John J. Tharp Jr.

VHS West Suburban Medical Center, Inc., et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 26, 2016:

       MINUTE entry before the Honorable John J. Tharp, Jr:Motion hearing held. Without objection, the United States' Motion to Dismiss [4] is granted without prejudice. Remaining parties are to exchange Rule 26(a)(1) disclosures by 5/17/16. Discovery may proceed immediately. Status hearing set for 7/14/16 at 9:00 a.m. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.