## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VANESSA POPP, Individually and as mother and next friend of JOSEPHINE PEREZ, a minor, | |
| Plaintiff, | Case No.: 1:16-cv-04331 |
| v. | Honorable John J. Tharp Jr. |
| VHS WEST SUBURBAN MEDICAL CENTER, INC., and UNITED STATES OF AMERICA, | |
| Defendants. | |

### JOINT STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant VHS WEST SUBURBAN MEDICAL CENTER, INC., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

July 20, 2016

| | |
|---|---|
| */s/ Michael Cogan* | */s/ Robert E. O'Malley* |
| One of the Attorneys for Plaintiff | One of the Attorneys for |
| Michael Cogan | VHS West Suburban Medical Center, Inc. |
| COGAN & POWER, P.C. | Robert E. O'Malley |
| One East Wacker Drive | Matthew D. Kelly |
| Suite 510 | SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD. |
| Chicago, Illinois 60601 | 233 S. Wacker Drive, Suite 5500 |
| (312) 477-2500 | Chicago, Illinois 60611 |
| mcogan@coganpower.com | (312) 645-7800 |
| | romalley@smsm.com |
| | mkelly@smsm.com |