# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Vanessa Popp

                                        Plaintiff,

v.                                              Case No.: 1:16−cv−04331
                                                Honorable John J. Tharp Jr.

VHS West Suburban Medical Center, Inc., et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 21, 2016:

        MINUTE entry before the Honorable Mary M. Rowland: The parties have filed a joint stipulation of dismissal without prejudice with the District Judge. Accordingly, the discovery status hearing previously set for 08/23/16 at 9:00 a.m. is hereby stricken. All matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned judge. Honorable Judge Mary M. Rowland no longer referred to the case. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.